752

*General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Paul R. Russell* for respondent.

No. 934. EMPORIUM CAPWELL Co. *v.* ANGLIM, COLLECTOR OF INTERNAL REVENUE. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. M. C. Sloss* and *E. D. Turner, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Joseph M. Jones* for respondent.

No. 935. MILES LABORATORIES, INC. *v.* FEDERAL TRADE COMMISSION ET AL. May 29, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. James F. Hoge* and *Preston B. Kavanagh* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for respondents.

No. 937. ESTATE OF HERBERT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Raymond F. Garrity* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Misses Helen R. Carloss* and *Melva M. Graney* for respondent.

No. 945. COUNTRY GARDEN MARKET, INC. *v.* BOWLES, PRICE ADMINISTRATOR, ET AL. May 29, 1944. Petition